UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

---

| | |
|---|---|
| NAKIA HOLLIS, | |
|     Plaintiff-Appellant, | AMENDED |
| v. | DOCKETING STATEMENT |
| CITY OF MILWAUKEE, et al, | CASE NO. 25-1135 |
|     Defendant-Appellee. | |

---

1. JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction as a civil action arising under the laws of the United States pursuant to 28 U.S.C. 1331, and 28 USC § 1343, alleging a violation under Title 42 USC § 1983.

11. JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final decision of the U.S. District Court for the Eastern District of Wisconsin entered on December 30, 2024 by the Honorable Nancy Joseph. The parties consented to the Magistrate deciding the issue on March 31, 2023 for the Plaintiff-Appellant and June 5, 2023 for the Defendant-Appellee. The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. S 1291.

The Notice of Appeal was filed with the District Court on January 27, 2025.

Dated at Kenosha, Wisconsin, this 6th day of March, 2025

                                                          By: *electronically signed by Walter W. Stern III*
                                                          Attorney Walter W. Stern III
                                                          Attorney for Plaintiff-Appellant
                                                          Bar No. 1014060
                                                          920 85th St., Suite 123
                                                          Kenosha WI 53143
                                                          Phone: (262) 880-0192/Fax: (262) 997-1101
                                                          Email: wwstern111@gmail.com