# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 30, 2025

*By the Court:*

| No. 25-1135 | NAKIA HOLLIS, As Proposed Special Administrator of the Estate of DIJON M. MARKS-HOLLIS,<br>    Plaintiff - Appellant<br><br>v.<br><br>CITY OF MILWAUKEE, et al.,<br>    Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:23-cv-00413-NJ<br>Eastern District of Wisconsin<br>Magistrate Judge Nancy Joseph ||

The clerk is instructed to strike the status report filed on May 29, 2025. The electronic mail status report should be sent directly to the Circuit Mediation Office as directed by the March 19, 2025, Circuit Rule 33 order.


form name: **c7_Order_BTC**   (form ID: **178**)